Raphal Borrero and Jose Gonzales Gomez, Appellees, v. Elgin, Joliet & Eastern Railway Company, a Corporation, Appellant.

Gen. No. 48,136.

First District, First Division.
December 29, 1960.
Rehearing denied February 9, 1961.

Stevenson, Conaghan, Hackbert, Rooks & Pitts, of Chicago (Harlan L. Hackbert and Robert L. Hessee, of counsel) for appellant; Fred Lambruschi and Caliendo & Connors, of Chicago (Fred Lambruschi, Herbert P. Veldenz and Vera E. Cuthbert, of counsel) for appellees. Opinion by JUSTICE MURPHY. Not to be published in full.